[No. 10327–3–II. Division Two. August 28, 1989.]

MELVA BOSTROM, *Individually and as Personal Representative, Respondent,* v. OWEN–ILLINOIS, INC., ET AL,
*Appellants.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 81–2–00669–0, Terence Hanley, J., entered

August 18, 1986. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Petrich and Worswick, JJ.